UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 98-1190

———————————

GLORIA JEAN JORDAN,

Plaintiff - Appellant,

versus

JOURNAL NEWSPAPERS, INCORPORATED; DONALD FARRIER,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Thomas Rawles Jones, Jr.,
Magistrate Judge.  (CA-97-733-A)

———————————

Submitted:  April 29, 1998            Decided:  May 15, 1998

———————————

Before MURNAGHAN, NIEMEYER, and WILLIAMS, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Gloria Jean Jordan, Appellant Pro Se.  Elaine Charlson Bredehoft,
CHARLSON & BREDEHOFT, P.C., Reston, Virginia; John Michael
Bredehoft, VENABLE, BAETJER & HOWARD, McLean, Virginia, for
Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Gloria Jordan appeals the magistrate judge's order granting Defendants' motion for summary judgment on her claim that The Journal Newspaper failed to hire her on the basis of race in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C.A. §§ 2000(e) – 2000e-16 (West 1994 & Supp. 1998), and pendent state law defamation claims. We have reviewed the record and the magistrate judge's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. Jordan v. Journal Newspapers, Inc., No. CA-97-733-A (E.D. Va. Jan. 5, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2